## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

KEONDRA M. CHESTANG                                                                              PLAINTIFF
ADC #134005

V.                                         NO: 2:11CV00133 JLH/HDY

VALERIE WESTBROOK *et al.*                                                                   DEFENDANTS

### ORDER

Plaintiff filed a complaint on August 4, 2011, alleging that Defendants took his personal property, including legal materials, and that he was therefore unable to file a timely federal *habeas* petition. Service is appropriate on Defendants. The Clerk of the Court is directed to prepare a summons for Defendants, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons on them, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this __26__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE