IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEONDRA M. CHESTANG     PLAINTIFF
ADC #134005

V.     NO: 2:11CV00133 JLH/HDY

VALERIE WESTBROOK *et al.*     DEFENDANTS

## ORDER

On February 8, 2012, Plaintiff filed a motion seeking a ruling on his motion to dismiss, or in the alternative, to lift the stay in discovery imposed on January 6, 2012. The motion (docket entry #41) is GRANTED IN PART AND DENIED IN PART. United States District Judge J. Leon Holmes denied Defendants' motions to dismiss on March 20, 2012. Accordingly, Plaintiff's motion is DENIED AS MOOT as to his request for a ruling on those motions. However, the motion is GRANTED withe respect to Plaintiff's motion to lift the discovery stay, and the stay is hereby lifted.

IT IS SO ORDERED this __21__ day of March, 2012.

UNITED STATES MAGISTRATE JUDGE