# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

KEONDRA M. CHESTANG                                                            PLAINTIFF
ADC #134005

v.                              NO. 2:11CV00133 JLH/HDY

VALERIE WESTBROOK, *et al.*                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's motion for summary judgment is DENIED. Document #50.

DATED this 24th day of May, 2012.

                                                                                         *J. Leon Holmes*
                                                              UNITED STATES DISTRICT JUDGE