**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

KEONDRA M. CHESTANG                                                           PLAINTIFF
ADC #134005

v.                         NO. 2:11CV00133 JLH/HDY

VALERIE WESTBROOK, *et al.*                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for partial summary judgment is DENIED. Document #68.

2. Plaintiff's motion for partial summary judgment is DENIED. Document #74.

DATED this 16th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE