### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

KEONDRA M. CHESTANG             PLAINTIFF
ADC #134005

v.        NO. 2:11CV00133 JLH/HDY

VALERIE WESTBROOK *et al.*             DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for partial summary judgment (docket entry #91) is GRANTED IN PART AND DENIED IN PART.

2. Defendants' motion is GRANTED with respect to plaintiff's claim for monetary damages against them in their official capacities, and with respect to plaintiff's property claims, and all such claims are DISMISSED WITH PREJUDICE.

3. Defendants' motion is DENIED in all other respects.

DATED this 9th day of January, 2013.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE