**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KEONDRA M. CHESTANG                                                                           PLAINTIFF
ADC #134005

v.                                          NO. 2:11CV00133 JLH/HDY

VALERIE WESTBROOK *et al.*                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed to jury trial on his claim that he was denied access to the Court due to the confiscation of his property after his October 22, 2007, altercation with a guard.

2. Plaintiff's motion for a declaratory judgment and injunctive relief is DENIED. Document #108.

DATED this 22nd day of April, 2013.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE