# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

KEONDRA M. CHESTANG                                                                         PLAINTIFF
ADC #134005

v.                                    NO. 2:11CV00133 JLH

VALERIE WESTBROOK, *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendants' motion for summary judgment is GRANTED, and plaintiff's complaint is DISMISSED WITH PREJUDICE. Document #148.

DATED this 18th day of March, 2014.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE