**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

KEONDRA M. CHESTANG                                                                    PLAINTIFF
ADC #134005

v.                                          NO. 2:11CV00133 JLH

VALERIE WESTBROOK, *et al.*                                                          DEFENDANTS

**<u>JUDGMENT</u>**

      Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice;

the relief sought is denied.

      DATED this 18th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE